ORIGINAL

CC TO JUDGE ___KU___

Honorable Barbara J. Rothstein

_____ FILED     _____ ENTERED
_____ LODGED   _____ RECEIVED

DEC 07 2001   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SELAM TEKLEMARIAM,

                  Plaintiff,

      v.

THE CITY OF SEATTLE, a municipal
corporation of the State of Washington and
its agencies and subdivisions, including
THE EXECUTIVE SERVICES HUMAN
RESOURCES DEPARTMENT, TERESITA
CARSTENSEN AND JOHN DOE
CARSTENSEN, husband and wife, acting in their
individual capacities; and JOHN DOES I - X,

                  Defendants.

NO.   C01-1494R

**AMENDED COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CV 01-01494 #00000035

Plaintiff Selamawit Teklemariam (Plaintiff) alleges as follows.

## I. PARTIES

    1.     Plaintiff is a single person who resides in King County Washington

    2.     Defendant City of Seattle (Defendant City of Seattle) is a municipal subdivision of the State of Washington and is a "local government entity" as defined in RCW 4.96.010(2) At all times material to this complaint, Plaintiff has been employed with Defendant City of Seattle

**AMENDED COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION - 1**

**HARRELL, DESPER, CONNELL,
HUNTER & GAUTSCHI, PLLC**
1325 Fourth Ave, Suite 600
Seattle, Washington 98101
(206) 583-0050
Fax (206) 583-0051

1    3.    Defendant Teresita Carstensen (Defendant Carstensen) and her husband John Doe

2    Carstensen reside in King County Washington.

3    4.    Defendants John Does I through X are certain individuals whose identities are

4    currently unknown to Plaintiff and whose conduct contributed to the damages sustained by the

5    Plaintiff based on the facts alleged in this complaint. Plaintiff will seek leave to amend this

6    complaint to allege the true names of these Defendants at such time as that information is

7    known.

8                        **II. JURISDICTION AND VENUE**

9    5    Jurisdiction and venue are proper in this Court pursuant to RCW 4.12 025 and

10   other applicable laws because one or more of the Defendants reside in King County and the acts

11   and omissions about which Plaintiff complains occurred in King County, Washington.

12                                **III. CLAIMS**

13   6    Plaintiff has filed a timely claim against Defendant City of Seattle under the

14   provisions of RCW 4.96.020 and Municipal Code 4.12.070 and has waited 60 days or more prior

15   to commencing this cause of action

16                                **IV. FACTS**

17   7    Plaintiff graduated from the University of Washington in June of 1989 with a

18   Bachelors degree in Business Administration with a concentration in Finance. Plaintiff is an

19   African American.

20   8.    Plaintiff began working for Defendant City of Seattle as a temporary employee in

21   October of 1989. In April of 1992, Plaintiff went to work in the Central Accounting Unit as an

22   Accounting Technician 3. Her supervisor at this time was the Defendant Carstensen.

23   9.    Defendant Carstensen is of Filipino origin

24   10.    In September of 1992, Plaintiff began working as a regular City of Seattle

25   employee in the Retirement Office. In 1993, Plaintiff was reclassified as an Accountant.

26

\\Bruce01\c\M
yFiles\Selam-f
ederalAmendC
omplaint2nd w
pd

**AMENDED COMPLAINT**
**FOR EMPLOYMENT**
**DISCRIMINATION  - 2**

HARRELL, DESPER, CONNELL,
HUNTER & GAUTSCHI, P L L C
1325 Fourth Ave, Suite 600
Seattle, Washington  98101
(206) 583-0050
Fax (206) 583-0051

1     11.    In 1994, Plaintiff applied for an accountant position in the Central

2  Accounting unit for the City of Seattle. Plaintiff was not selected for the position. Mr.

3  Benjamin P. Pascual, a Filipino-American man who had resigned from the City of Seattle in

4  1992 was rehired.  Defendant Carstensen was the hiring supervisor for the position given to Mr.

5  Benjamin P. Pascual.

6     12.    In November of 1997, the Central Accounting Unit published an Opportunity for

7  Advancement Bulletin for a Temporary Senior Accountant position under announcement number

8  092-97.  Position 092-97 was described as temporary because it was for a special project of

9  defined duration.  The announcement for position 092-97 was not advertised to outside

10  applicants and was seeking applications from current City of Seattle employees.

11     13.    The hiring supervisor for position 092-97 was Defendant Carstensen  Plaintiff

12  applied for position 092-97 in a timely fashion. Plaintiff was qualified for position 092-97.

13  Position 092-97 presented an increase in pay from her former position and valuable experience

14  which would place her in an advantageous position for continued upward mobility.

15     14.    The Defendant Carstensen discouraged Plaintiff from

16  pursuing position 092-97 by stating to Plaintiff that Plaintiff could not apply for any regular

17  positions if she accepted position 092-97 because it was a temporary position.  Defendant

18  Carstensen's representations to Plaintiff regarding Plaintiff's ineligibility to seek regular

19  positions for the duration of the temporary assignment were false and misleading

20     15.    Based on Defendant Carstensen's representations, Plaintiff withdrew her

21  application to position 092-97.

22     16.    The person selected for the temporary Senior Accountant position is a woman of

23  Filipino origin, named Emelita Barber.

AMENDED COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

HARRELL, DESPER, CONNELL, HUNTER & GAUTSCHI, PLLC
1325 Fourth Ave, Suite 600
Seattle, Washington 98101
(206) 583-0050
Fax (206) 583-0051

17.    The person selected for the temporary Senior Accountant position sent her resume in for the job on November 25, 1997.  The closing date on the announcement was November 4, 1997.

18.    The person selected for the temporary Senior Accountant position was not a City of Seattle employee, as solicited by the City of Seattle's announcements.

19.    The City of Seattle's announcements for position 092-97 stated that regular City of Seattle employees should apply directly to the Human Resource Specialist.  All applicants including Plaintiff did so.  The person selected for the temporary Senior Accountant did not and sent her resume directly to Defendant Carstensen.

20.    The person selected for the temporary Senior Accountant position was given preferential treatment because of her race and Plaintiff was denied position 092-97 because of her race

21.    In March of 1998, the Central Accounting Unit published an Opportunity for Advancement Bulletin for a regular Senior Accountant position.  The announcement number showed number 10-98 on its first page and number 019-98 at the bottom of the second page (hereinafter position "10-98").

22.    The qualifications for position 10-98 were the same as position 092-97.

23.    Plaintiff was a regular City of Seattle employee, applied in a timely fashion for position 10-98 and was qualified for position 10-98.

24.    Plaintiff was not selected for position 10-98  Plaintiff was not invited for the interview process for position 10-98  Plaintiff had been invited to interview for position 092-97.

25.    Six applicants for position 10-98 were selected to be interviewed.  Five were of Asian or Filipino origin and one was Caucasian.  None was African American.  In applying for position 10-98, Plaintiff listed more desired and required factors in her resume than the majority of those candidates selected for interviews.

**AMENDED COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION - 4**

HARRELL,  DESPER,  CONNELL,
HUNTER & GAUTSCHI, P L L C
1325 Fourth Ave, Suite 600
Seattle, Washington  98101
(206) 583-0050
Fax (206) 583-0051

1    26.    On or about December 5, 1997, an Interview Panel comprising John Updegraff,

2  Defendant Carstensen, and Demy Alcantara, conducted interviews for the five candidates who

3  applied for the temporary Senior Accountant position 092-97   As part of the interview process,

4  Defendant Carstensen requested Mr Demy Alcantara to conduct test exercises with the

5  interviewees, consisting of tests on Microsoft Word, Excel and the Seattle Financial

6  Management System (SFMS)   Mr. Demy Alcantara was a Senior Accountant during this time

7  who reported to Defendant Carstensen. The test exercises were completed on Mr. Demy

8  Alcantara's computer  Mr  Alcantara is Filipino. Mr. Alcantara conducted these test exercises by

9  himself and reported the results only to Defendant Carstensen   Mr  Alcantara reported that

10  Emelita Barber, who turned out to be the successful candidate, passed the SFMS portion of the

11  test exercise even though she did not pass 2 out of the 3 sections of that test section.  The only

12  test exercise Emelita Barber passed totally was the section testing her skill using the word

13  processing system, Microsoft Word.  Some time between March 12, 1999 and June 16, 1999,

14  over one year after Emelita Barber was actually interviewed and selected to fill position 092-97,

15  Defendant Carstensen asked Mr  Demy Alcantara, a Senior Accountant who reported to her, to

16  alter the interview rating sheets that he had used when rating the potential candidates for 092-97.

17   Mr Demy Alcantara did not concern himself with the appropriateness of altering the interview

18  sheets, even though he knew he would be better able to accurately rate and score the sheets if

19  they were completed contemporaneous with the interview itself.   Mr. Demy Alcantara

20  complied and altered the rating sheets for the December, 1998 interviews.  By doing so, Mr.

21  Demy Alcantara altered the scores that he had entered for the candidates so that Emelita Barber's

22  score tied for the highest among the candidates he had interviewed.

23    27.    While employed with the City of Seattle, Plaintiff raised the issue of her unfair

24  employment with the City of Seattle and filed a complaint to the Human Resources department.

25

26

**AMENDED COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION - 5**

HARRELL,  DESPER, CONNELL,
HUNTER & GAUTSCHI, PLLC
1325 Fourth Ave, Suite 600
Seattle, Washington 98101
(206) 583-0050
Fax (206) 583-0051

1  An investigation commenced at the request of Ms. Cindy Eckholt, Executive Services
2  Department, Human Resources Director.

3      28.    During the course of the investigation, Defendant Carstensen made false and
4  misleading statements regarding how she arrived at her decision to hire Emelita Barber, a
5  Filipino woman, for position 10-98 and denied Plaintiff such employment.  For example,
6  Defendant Carstensen stated that she was looking to hire a Certified Public Accountant ("CPA")
7  and Plaintiff was not a CPA.

8      29.    The qualifications and description of position 10-98 did not require a CPA
9  license.

10     30     The person selected for position 10-98 was not a CPA at the time of her selection
11  and two of the Asian Americans who were selected for interviews were not CPAs

12     31.    During the course of the investigation, Defendant Carstensen provided
13  documents to the investigator which were altered to reflect events that had not taken place or to
14  reflect procedures that had not been carried out   For example, to justify the hiring of a CPA,
15  Defendant Carstensen produced a letter and resume dated March 16, 1998 from the successful
16  candidate of 10-98 stating that she had passed her CPA exam and identifying her CPA certificate
17  number of 20152.  The successful candidate's certificate was not issued until May 4, 1998 and
18  certificate numbers would not have been produced on March 16, 1998

19     32.    Defendant City of Seattle, and in particular, the Executive Services Department,
20  has adopted a policy of prohibiting racial discrimination in its hiring decisions.  The Executive
21  Services Human Resources Department, in recognition of the under-representation of African
22  Americans and persons with disabilities in the Central Accounting Unit, utilized a Vacancy
23  Action Form which requested Selective Referrals for African Americans and people with
24  disabilities for position 10-98   There were no selective referrals used for position 10-98

25     33.    In June of 1999, the Central Accounting Unit had 18 employees.  61% of these

26

**AMENDED COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION - 6**

HARRELL, DESPER, CONNELL,
HUNTER & GAUTSCHI, P.L.L.C
1325 Fourth Ave, Suite 600
Seattle, Washington 98101
(206) 583-0050
Fax (206) 583-0051

1    employees were of Asian or Filipino origin.  Only one was an African American

2         34.    During the application period for position 10-98, the pool of applicants sent to

3    Defendant Carstensen from Human Resources' Opportunity For Advancement pool consisted of

4    5 Asian/Filipino Americans, 1 Caucasian and 1 African American  Defendant City of Seattle has

5    also established a Talent Bank database in order to develop and identify suitable applicants not

6    currently employed by the City of Seattle for City of Seattle job openings  The Talent Bank

7    submitted 75 additional names to Defendant Carstensen for position 10-98, consisting of 32

8    Caucasians, 16 Asian/Filipinos, 5 African Americans, 1 person with a disability and 1 Native

9    American.  There were also 20 candidates who did not specify their ethnicity.

10        35     While Asian/Filipinos constituted 26% of all applicants, they constituted 83% of

11   those who were scheduled for interviews by the Defendant Carstensen

12        36.    Defendant City of Seattle, by and through its employees and by and through the

13   Executive Services Department's hiring procedures, discriminated against Plaintiff on the basis

14   of her race.

15        37.    Defendant City of Seattle, by and through The Executive Services Department,

16   did not follow its procedures for hiring.  For example, the Executive Services Department Hiring

17   Policy 5.3 states that Human Resources Services will send resumes and a Checklist for Hiring to

18   the Hiring Supervisor - in this case, Defendant Carstensen  While these forms were delivered to

19   Defendant Carstensen, they were not completed or delivered back to Human Resources.

20        38.    In Defendant City of Seattle's efforts to discriminate against Plaintiff and

21   preferentially hire Asian/Filipino Americans, Defendant Carstensen failed to hire or even

22   meaningfully consider Plaintiff for position 092-97 and position 10-98.

23                          **V. FIRST CAUSE OF ACTION**

24              Employment Discrimination Against Defendant City of Seattle

25        39.    Plaintiff re-alleges the matters set forth in paragraphs 1-38 as if the same had

26

\\Bruce01\c\M
yFiles\Selam-f
ederalAmendC
omplaint2nd w
pd

**AMENDED COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION  - 7**

HARRELL,  DESPER,  CONNELL,
HUNTER & GAUTSCHI, PLLC
1325 Fourth Ave, Suite 600
Seattle, Washington  98101
(206) 583-0050
Fax (206) 583-0051

1   been fully set forth herein

2      40.    At all times material to this complaint, Defendant City of Seattle, acting through

3   its subdivisions, department, agents and representatives, including but not limited to the

4   Executive Services Department and Defendant Carstensen, failed to hire Plaintiff for position

5   092-97 and position 10-98 based on her race - African American.

6      41.    Based on Respondent Superior, Defendant City of Seattle is legally responsible

7   for the conduct and omissions of its subdivisions, departments, agents and representatives,

8   including but not limited to the Executive Services Department and Defendant Carstensen.

9      42     Defendant City of Seattle is an employer pursuant to RCW 49.60.030 and as

10  defined in RCW 49.60.040.

11     43.    Plaintiff was at all times an employee of Defendant City of Seattle

12  pursuant to RCW 49 60 040

13     44.    Defendant City of Seattle denied Plaintiff positions 092-97 and 10-98 in

14  violation of RCW 49.60 180, Washington's Law Against Discrimination in employment

15     45     **Damages.**  Plaintiff suffered damages as a proximate cause of Defendant

16  City of Seattle's violation of Washington's Law Against Discrimination, including but not

17  limited to wage loss, loss of benefits, mental anxiety and emotional distress, and attorney's fees

18  and costs incurred herein, all in an amount to be proven at trial.

19                          **VI. SECOND CAUSE OF ACTION**

20             Employment Discrimination Against Defendant Teresita Carstensen

21     46.    Plaintiff re-alleges paragraphs 1-44 as if they were fully set forth herein.

22     47.    Defendant Carstensen is a person as defined in RCW 49.60.040 and acted in the

23  interest of her employer, the Defendant City of Seattle

24     48.    Defendant Carstensen denied Plaintiff positions 092-97 and 10-98 in violation of

25  RCW 49.60.180, Washington's Law Against Discrimination in employment.

26

**AMENDED COMPLAINT**
**FOR EMPLOYMENT**
**DISCRIMINATION  - 8**

HARRELL, DESPER, CONNELL,
HUNTER & GAUTSCHI, P L L C
1325 Fourth Ave, Suite 600
Seattle, Washington  98101
(206) 583-0050
Fax (206) 583-0051

49.     **Damages.** Plaintiff suffered damages as a proximate cause of Defendant Carstensen's violation of Washington's Law Against Discrimination, including but not limited to wage loss, loss of benefits, mental anxiety and emotional distress, and attorney's fees and costs incurred herein, all in an amount to be proven at trial.

## VII.  THIRD CAUSE OF ACTION

Unfair Practice to

50.     Plaintiff re-alleges paragraphs 1-49 as if they were fully set forth herein.

51.     The Defendant Carstensen, by her acts and omissions, aided and abetted the Defendant City of Seattle's proscribed discrimination of Plaintiff set forth above in violation of RCW 49.60.220.

52.     **Damages.** Plaintiff suffered damages as a direct and proximate cause of Defendant Carstensen's aiding and abetting, including but not limited to wage loss, loss of benefits, mental anxiety and emotional distress, and attorney's fees and costs incurred herein, all in an amount to be proven at trial.

## VIII.  FOURTH CAUSE OF ACTION

Intentional Misrepresentation Against Defendant City of Seattle

53.     Plaintiff re-alleges paragraphs 1-52 as if they were fully set forth herein

54.     The Defendant City of Seattle, acting through its subdivisions, departments, agents and representatives, misrepresented material facts during and after the Plaintiff's hiring process, in violation of the tort law of the State of Washington.

55      **Damages.** Plaintiff suffered damages as a proximate cause of Defendant City of Seattle's intentional misrepresentation in its hiring practices and procedures, including but not limited to wage loss, loss of benefits, mental anxiety and emotional distress, and attorney's fees and costs incurred herein, all in an amount to be proven at trial.

**AMENDED COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION - 9**

HARRELL, DESPER, CONNELL,
HUNTER & GAUTSCHI, PLLC
1325 Fourth Ave, Suite 600
Seattle, Washington 98101
(206) 583-0050
Fax (206) 583-0051

1

## IX.  FIFTH CAUSE OF ACTION

2

3    56      Plaintiff re-alleges paragraphs 1-55 as if they were fully set forth herein.

4    57.     Defendant Carstensen, misrepresented material facts during and

5    after the Plaintiff's hiring process by altering documents and making false representations to the

6    Plaintiff and to third parties, in violation of the tort law of the State of Washington.

7    58      **Damages.**  Plaintiff suffered damages as a proximate cause of

8    Defendant Carstensen's intentional misrepresentation, including but not limited to wage loss,

9    loss of benefits, mental anxiety and emotional distress, and attorney's fees and costs incurred

10   herein, all in an amount to be proven at trial

11

## VI.  PRAYER FOR RELIEF

12   WHEREFORE, Plaintiff prays for judgment against the defendants, and each of them, as

13   follows

14   1.      For all such general and special damages allowable under Washington law and as

15   shall be established at the time of the trial herein, including but not limited to back pay, front

16   pay, loss of benefits, out of pocket expenditures, exemplary damages, mental anxiety and

17   emotional distress,

18   2       For attorney's fees and other costs of suit to the extent allowed by law; and

19   3.      For such other relief as the Court deems just and proper.

20   DATED this _7TH_ day of _DECEMBER_ 2001.

21

22                                    HARRELL, DESPER, CONNELL,
                                      HUNTER & GAUTSCHI, PLLC
23

24                                    _Bruce A Harrell_

25                                    Bruce A  Harrell, WSBA# 17173
                                      Attorneys for Plaintiff
26

**AMENDED COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION - 10**

**HARRELL, DESPER, CONNELL,
HUNTER & GAUTSCHI, PLLC**
1325 Fourth Ave, Suite 600
Seattle, Washington 98101
(206) 583-0050
Fax (206) 583-0051